UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 02 2023

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JAMES DARELL SMITH,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>JAMES K. HEIN; et al.,<br><br>        Defendants - Appellees. | No. 22-35658<br><br>D.C. No. 1:22-cv-00030-CL<br>U.S. District Court for Oregon, Medford<br><br>**MANDATE** |

The judgment of this Court, entered August 07, 2023, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

                              FOR THE COURT:

                              MOLLY C. DWYER
                              CLERK OF COURT